NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STATE OF FLORIDA,                          )
                                           )
        Appellant,                       )
                                           )
v.                                         )      Case No. 2D17-5126
                                           )
MICHAEL EDWIN WORLDS,                      )
                                           )
        Appellee.                        )
_____)

Opinion filed October 26, 2018.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Pamela Jo Bondi, Attorney General,
Tallahassee, and David Campbell,
Assistant Attorney General, Tampa, for
Appellant.

Frank A. Maister of Frank A. Maister, P.A.,
Fort Lauderdale; and Michael J. Entin of
Law Offices of Michael J. Entin, P.A., Fort
Lauderdale, for Appellee.


PER CURIAM.


        Affirmed.


KHOUZAM, LUCAS, and SALARIO, JJ., Concur.